RAFFI R. SHAHINIAN
Cal. Bar No. 185962
815 S. Central Avenue, Suite 19
Glendale, CA 91204
T: (818) 244-8843
F: (818) 244-8834
E: *shahinianlaw@gmail.com*
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANAIDA GRIGORYAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br><br>Social Security,<br><br>        Defendant. | NO.    CV 07-7081 PLA<br><br><br>ORDER RE: E.A.J.A. FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded

attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of Four Thousand

Five Hundred Dollars and 00/cents ($4,500.00), as authorized by 28 U.S.C. §2412(d), subject to

the terms of the above-referenced Stipulation.

DATED: June 2, 2009

                                                                          */s/ Paul L. Abrams*
                                                            _____
                                                             PAUL L. ABRAMS
                                                             UNITED STATES MAGISTRATE JUDGE